**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>APPROXIMATELY 4,982,722 USDT;<br>APPROXIMATELY 8,028,234 USDT;<br>APPROXIMATELY 5,282,673 USDT;<br>APPROXIMATELY 5,000,000 USDT;<br>and<br>APPROXIMATELY 3,827,942 USDT;<br><br>      Defendants *in rem*<br><br>CLAIMANTS IDENTIFIED IN<br>SCHEDULE A,<br><br>      Claimants. | Civil Action No. 26-cv-01387-RBW |

**SCHEDULE A CLAIMANT'S ANSWER TO**
**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

COMES NOW the Claimants identified in Schedule A ("AWKO Claimants"), by and through their undersigned counsel, and here by answer the Verified Complaint for Forfeiture filed by the Plaintiff, United States of America, as follows:

**I.      PRELIMINARY STATEMENT**

AWKO Claimants have previously, timely filed Verified Claims in accordance with Supplemental Rule G(5)(a), asserting their interest in the Defendant asset *in rem* ("Defendant Property" as defined by the United States in its Verified Complaint for Forfeiture filed on April 23, 2026) which is described as follows:

- Approximately 4,982,722.00 USDT;

- Approximately 8,028,233.77 USDT;

- Approximately 5,282,673.22 USDT;

- Approximately, 5,000,000.01 USDT;

- and Approximately 3,827,941.90 USDT.

Pursuant to Supplemental Rule G(5)(b), the AWKO Claimants now submit this Answer to the Complaint for Forfeiture and states as follows:

## II.      RESPONSES TO ALLEGATIONS OF THE COMPLAINT

### STATEMENT OF THE CASE

1.      Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

2.      Claimants decline to admit or deny this paragraph, including the information contained in the footnote, as it makes a legal assertion, and the law speaks for itself.

### JURISDICTION AND VENUE

3.      Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

4.      Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

5.      Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

### NATURE OF THE ACTION AND STATUTORY BASIS FOR FORFEITURE

6.      Claimants decline to admit or deny this paragraph as it makes a legal assertion, and

the law speaks for itself.

7.    Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

8.    Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

9.    Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

10.    Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

11.    Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

12.    Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

13.    Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

14.    Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

## **PROPERTY INFORMATION**

15.    Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, including subsections a through e; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

16.    Claimants are without information or knowledge sufficient to form a belief as to

the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

17. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

## STATEMENT OF FACTS

### Background on Cryptocurrency

18. Admit

19. Admit

20. Claimants admit that tracing can be done on blockchain transactions to determine which virtual currency addresses are sending and receiving particular virtual currency; however, Claimants deny that these processes are limited or only specific to law enforcement and law enforcement activities. Claimants are otherwise without information or knowledge sufficient to form a belief as to the truth of the allegations contained in the remainder of this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

21. Admit

22. Admit

23. Admit

24. Admit

25. Admit

26. Admit

27. Admit

28. Admit

29. Admit

30. Admit

## Background on Cryptocurrency Investment Fraud

31. Claimants admit that cryptocurrency investment fraud ("CIF") schemes are often orchestrated by Asia-based criminal syndicates, and are referred to as "pig butchering,", a term derived from the Chinese-language word used to describe this sort of scheme and its treatment of victims. Claimants, however, do not have sufficient knowledge to form a belief about the truth of the allegations regarding the number of complaints filed through IC3 and the reported losses and thus, deny those allegations.

32. Admit

33. Admit

34. Admit

## <u>Wire Fraud Scheme</u>

### *Victim K.T.*

35. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

36. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

37. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a

further response is required, Claimants deny the allegations in this paragraph.

38.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

39.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

40.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

41.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

42.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

43.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

44.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

45.     Claimants admit that, in CIF schemes, some platforms allow victims to make small

withdrawals to induce confidence and encourage additional investment of funds. Claimants further admit that victims, when they show interest in making larger withdrawal attempts, the CIF perpetrators will levy various taxes, fees, and fines upon the victims. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in the remainder this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

*Other Victims*

46.    Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

47.    Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

48.    Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

49.    Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

50.    Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

51.    Claimants are without information or knowledge sufficient to form a belief as to

the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

52. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

53. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

54. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

55. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

56. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

57. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

58. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

59.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

60.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

61.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

62.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

63.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

64.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

65.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

66.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a

further response is required, Claimants deny the allegations in this paragraph.

67.    Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

68.    Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

69.    Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

## Money Laundering Scheme

70.    Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

### *Flow of K.T.'s Funds to the Consolidation Address*

71.    Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

72.    Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

73.    Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

74. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, including subpoints a through c; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

*Flow of Funds from Additional Victims to the Consolidation Address*

75. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

76. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

77. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

78. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

79. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

80. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

81.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

82.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

83.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, including subpoints a and b; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

*Flow of Funds from the Consolidation Address to Subject Addresses 1-5*

84.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

85.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

86.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

**Freeze of Subject Addresses and Seizure of Defendant Property**

87.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a

further response is required, Claimants deny the allegations in this paragraph.

88.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

89.     Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

## COUNT ONE – FORFEITURE OF DEFENDANT PROPERTY

### (18 U.S.C. § 981(a)(1)(C))

90.     Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

91.     Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

## COUNT TWO – FORFEITURE OF DEFEDNANT PROPERTY

### (18 U.S.C. § 981 (a)(1)(A))

92.     Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

93.     Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

## AFFIRMATIVE DEFENSES

1. Claimants are innocent owners pursuant to 18 U.S.C. §983(d).

2. The forfeiture of Claimants' property would violate the Excessive Fines clause of the Eighth Amendment.

3. Claimants reserve the right to plead additional defenses which may become known or available during the course of discovery, as well as to dismiss any defenses which, as a result of discovery, are determined to be unsupported by good-faith reliance upon either the Complaint or the law, or a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law.

Dated: July 16, 2026                                Respectfully Submitted,

By: */s/ Christopher Klotz*
DC Bar No. 439409
**AYLSTOCK, WITKIN,
KREIS & OVERHOLTZ, PLC**
Email: cklotz@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

-and-

*/s/ Daniel Thornburgh*
Daniel J. Thornburgh (admission application forthcoming)
**AYLSTOCK, WITKIN,
KREIS & OVERHOLTZ, PLC**
Email: dthornburgh@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorneys for AWKO Claimants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 16, 2026, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

By: */s/ Christopher Klotz*
    DC Bar No. 439409
    **AYLSTOCK, WITKIN,**
    **KREIS & OVERHOLTZ, PLC**
    Email: cklotz@awkolaw.com
    17 East Main Street, Suite 200
    Pensacola, FL 32502
    Phone: (850) 202-1010
    Facsimile: (850) 916-7449