**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**APPROXIMATELY 4,982,722 USDT;**<br>**APPROXIMATELY 8,028,234 USDT;**<br>**APPROXIMATELY 5,282,673 USDT;**<br>**APPROXIMATELY 5,000,000 USDT; and**<br>**APPROXIMATELY 3,827,942 USDT**<br><br>**Defendants in rem.** | Case No. 1:26-cv-01387-RBW |

## VERIFIED CLAIM OF BABA TECHNOLOGY LIMITED

Pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and 18 U.S.C. § 983(a)(4)(A), Baba Technology Limited ("Claimant" or "Baba Tech") submits this Verified Claim asserting its interest in the defendant assets identified herein. This Verified Claim is filed together with Baba Tech's Motion Regarding Timeliness of Verified Claim, filed contemporaneously herewith.

## IDENTIFICATION OF PROPERTY CLAIMED

1. Claimant hereby claims an interest in the following defendant assets, which represent the entirety of the virtual currency Tether ("USDT") at issue in the instant Verified Complaint for Forfeiture *In Rem* (the "Defendant Property"):

| Subject Address | Virtual Currency Address | Approx. USDT | FBI Asset ID |
|---|---|---|---|
| 1 | 0x34721eB6a2e117A14C4624510Bb5d42A8F360325 | 4,982,722.004982 | 26-FBI-000970 |
| 2 | 0xe8ea3204c3a17Ee8963F74A598E9A5E538712fC7 | 8,028,233.770336 | 26-FBI-000971 |
| 3 | 0x713246B11b61d14fB5DFaD984f7A7c1383d57D73 | 5,282,673.2230 | 26-FBI-000972 |
| 4 | 0x1B7451DdA804BeB6a206145f77892f1c47667B78 | 5,000,000.0050 | 26-FBI-000973 |
| 5 | 0xD29Ca88b5Dc0127bE9890374A4e6Ca09Ef1d707B | 3,827,941.907036 | 26-FBI-000974 |

2. Claimant claims an interest in the Defendant Property above as the owner of the virtual addresses listed above (the "Subject Addresses"). Specifically, Claimant asserts an interest in the USDT tokens reissued on or about April 7, 2026 to a virtual currency wallet now controlled by United States law enforcement following the destruction ("burning") of the USDT formerly associated with the Subject Addresses (ECF 1, ¶ 89), and to any substitute res, proceeds, or interest thereon.

## IDENTIFICATION OF CLAIMANT

3. Claimant Baba Technology Limited is a company organized under the laws of the British Virgin Islands, registration number 2169637, with an office at Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands.

4. Claimant operates a digital asset trading platform accessible through the website located at www.8888.com (the "Platform").

**STATEMENT OF CLAIMANT'S INTEREST**

5. Claimant's interests set forth below are pleaded independently of one another, and each interest is asserted as to each Subject Address and as to the entirety of the Defendant Property.

6. The balances associated with the Subject Addresses were pooled balances held by Baba Tech in the ordinary course of operating the Platform. Platform account holders hold book-entry entitlements to redelivery against Baba Tech, reflected exclusively on Baba Tech's internal ledger; no account holder held the private keys to any Subject Address.

7. Claimant had sole and exclusive possession, custody, and control of each Subject Address and of all digital assets associated with each Subject Address, including sole and exclusive knowledge and control of each Subject Address's private keys. No other person held or had access to those private keys at any time. The self-custodian of each Subject Address is, and at all relevant times was, Claimant.

8. The seized funds in the Subject Addresses were used for Baba Tech's operations. Deprivation of these funds has created a direct and concrete injury to Baba Tech.

9. This Verified Claim is filed to assert and protect Claimant's interests in the Defendant Property and does not waive, and shall not be construed to waive, any right, defense, or objection available to Claimant, including without limitation: challenges to the lawfulness of the freezing and seizure of the Defendant Property, including under the Fourth and Fifth Amendments to the United States Constitution; all defenses under 18 U.S.C. § 983(c), including the requirement that the Government establish a substantial connection between the property and any offense; defenses under the Excessive Fines Clause of the Eighth Amendment; objections to

venue; motions under Supplemental Rule G(8) and Federal Rule of Civil Procedure 12; and all other rights and defenses available at law or in equity.

10. Nothing in this Verified Claim admits any allegation of the Complaint.

Respectfully submitted,

Date: August 28, 2026

RUMBAUGH LAW PLLC

/s/ _Shane Rumbaugh__________

Shane M. Rumbaugh [1045153]
Nicholas R. Raffaele [1632764]
2400 Ansys Drive, Suite 102
Canonsburg, PA 15317
Tel: (724) 213-2591
Email: shane@rumbgh.com
Email: nick@rumbgh.com

*Attorneys for Baba Technology Limited*

[Verification appears on following page]

**VERIFICATION**

I, [Huang Jenrong], declare under penalty of perjury under the laws of the United States of America that I am the [Director] of Baba Technology Limited, that I am authorized to execute this Verified Claim on its behalf, and that the facts stated in this Verified Claim are true.

Executed on August _24_, 2026

Huang Jenrong

Huang Jenrong, Director
Baba Technology Limited

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed this document using the CM/ECF system, which then sent a Notice of Electronic Filing to all registered attorneys in this case, including the following counsel for Plaintiff:

Rick E. Blaylock, Jr.
U.S. Department of Justice
601 D Street, NW
Washington, DC 20004
rick.blaylock.jr@usdoj.gov

Date: August 28, 2026

/s/_Shane Rumbaugh____________

Shane M. Rumbaugh [1045153]
Nicholas R. Raffaele [1632764]
2400 Ansys Drive, Suite 102
Canonsburg, PA 15317
Tel: (724) 213-2591
Email: shane@rumbgh.com
Email: nick@rumbgh.com

*Attorneys for Baba Technology Limited*