**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>APPROXIMATELY 4,982,722 USDT;<br>APPROXIMATELY 8,028,234 USDT;<br>APPROXIMATELY 5,282,673 USDT;<br>APPROXIMATELY 5,000,000 USDT;<br>and<br>APPROXIMATELY 3,827,942 USDT;<br><br>Defendants *in rem* | Civil Action No. 26-cv-01387-RBW |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT PROPOSED SCHEDULING ORDER**

The United States of America (the "Government") and Claimants Aylstock, Witkin, Kreis & Overholtz Claimants 1 through 43 (the "AWKO Claimants"), by and through undersigned counsel, respectfully move the Court for a fourteen-day extension of the deadline to file the Joint Proposed Scheduling Order. In support, the parties state as follows:

1. Pursuant to the Court's prior order, the parties' Joint Proposed Scheduling Order is currently due on August 28, 2026.

2. On August 28, 2026, Baba Technology Limited filed a Motion for Leave to File Verified Claim. See Dkt. No. 109.

3. Because Baba Technology Limited only recently appeared in this action through the filing of its motion, neither the Government nor counsel for the AWKO Claimants has had an opportunity to meet and confer with counsel for Baba Technology Limited concerning scheduling matters and the proposed case management deadlines.

4. The participation of Baba Technology Limited may affect the scope and timing of

discovery and other case deadlines that would ordinarily be addressed in the Joint Proposed Scheduling Order.

5. The requested extension will allow the parties sufficient time to confer with counsel for Baba Technology Limited and, if appropriate, incorporate its position into a comprehensive Joint Proposed Scheduling Order.

6. The requested extension is sought in good faith, is not sought for purposes of delay, and will promote the efficient administration of this case.

**WHEREFORE**, the Government and the AWKO Claimants respectfully request that the Court extend the deadline for filing the Joint Proposed Scheduling Order by fourteen (14) days, up to and including September 11, 2026 and grant such other and further relief as the Court deems just and proper.

Date: August 28, 2026, Respectfully Submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Rick Blaylock, Jr.*
Rick Blaylock, Jr.
TX Bar No. 24103294
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-6765
rick.blaylock.jr@usdoj.gov

*Attorneys for the United States*

*/s/ Christopher Klotz*
DC Bar No. 439409
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLC**

Email: cklotz@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*/s/ Daniel Thornburgh*

Daniel J. Thornburgh (admission application forthcoming)
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLC**
Email: dthornburgh@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorneys for AWKO Claimants*

**CERTIFICATE OF SERVICE**

I, Christopher Klotz, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 28, 2026.

By: */s/ Christopher Klotz*
DC Bar No. 439409
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLC**
Email: cklotz@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorney for AWKO Claimants*